**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LIONEL MITCHELL, | ) | No. CV 13-8531-JFW(CW) |
| | ) | |
| Plaintiff, | ) | ORDER ACCEPTING REPORT AND |
| | ) | RECOMMENDATION OF UNITED STATES |
| v. | ) | MAGISTRATE JUDGE |
| | ) | |
| JOHANNES HAAR, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  The court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objection has been made.  The court accepts the findings and recommendation of the Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered dismissing this action with prejudice.

DATED: <u>May 29, 2014</u>

/s/ John F. Walter
JOHN F. WALTER
United States District Judge