JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL MITCHELL, | No. CV 13-8531-JFW(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHANNES HAAR, et. al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: <u>May 29, 2014</u>

_____
JOHN F. WALTER
United States District Judge